No. 82–5793.   HORTON v. GEORGIA.   Sup. Ct. Ga.;
No. 82–5834.   BLAIR v. MISSOURI.   Sup. Ct. Mo.; and
No. 82–5861.   TRIMBLE v. MISSOURI.   Sup. Ct. Mo. Certiorari denied.   Reported below: No. 82–5793, 249 Ga. 871, 295 S. E. 2d 281; No. 82–5834, 638 S. W. 2d 739; No. 82–5861, 638 S. W. 2d 726.

---

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.